A14A0297. THE STATE v. ALLEN et al.
(785 SE2d 655)

PHIPPS, Presiding Judge.

In *State v. Allen*,[1] this court affirmed the trial court's grant of the motions to suppress evidence filed by Dorian Allen and Patrick Scott. The Supreme Court of Georgia reversed that decision in *State v. Allen*.[2] In accordance therewith, we vacate our earlier opinion, adopt the Supreme Court's opinion as our own, and reverse the judgment of the trial court.

*Judgment reversed. Andrews, P. J., Barnes, P. J., Ellington, P. J., McFadden, Ray and McMillian, JJ., concur.*

DECIDED APRIL 27, 2016.

*James L. Wright III, District Attorney, Jordan K. Van Matre, Assistant District Attorney*, for appellant.

*Christina M. Kempter, William C. Puckett, Jr.; Veal & Lamar, Holly W. Veal*, for appellees.

---

[1] 328 Ga. App. 411 (762 SE2d 111) (2014).
[2] 298 Ga. 1 (779 SE2d 248) (2015).